**Fluor Corporation (FLR)**                                                                 **Sabatino Maglione**

### List of Purchases/Acquisitions and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 7/21/2025 | 500 | $55.0000 |