**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| SABATINO MAGLIONE, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>FLUOR CORPORATION, DAVID E. CONSTABLE, JAMES R. BREUER, JOHN C. REGAN, and JOSEPH L. BRENNAN,<br><br>    Defendants. | Case No. 3:25-cv-02496-N |

**DECLARATION OF JOE KENDALL, ESQ. IN SUPPORT OF**
**MOTION OF JEROME GLAZER FOR APPOINTMENT**
**AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Joe Kendall, Esq. declare as follows:

1.      I am a member in good standing of the bar of the State of Texas and am admitted to practice before this Court.  I submit this declaration in support of the motion filed by Proposed Lead Plaintiff Jerome Glazer ("Movant") for the entry of an Order of the following: (i) appointing Movant as Lead Plaintiff in the above-captioned action; (ii) approving Movant's selection of Berger Montague PC and The Schall Law Firm as Co-Lead Counsel and Kendall Law Group, PLLC as Local Counsel for the members of the proposed Class who purchased the securities of Fluor Corporation ("Fluor"); and (iii) granting such other and further relief as the Court may deem just and proper.

2.	Attached as Exhibits A through G are true and correct copies of the following documents:

EXHIBIT A:	Signed Certification of Movant Jerome Glazer pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:	Notice of pendency of class action lawsuit against Fluor published on *Access Newswire* on September 15, 2025;

EXHIBIT C:	Chart reflecting Movant's losses in Fluor during the Class Period;

EXHIBIT D:	Declaration of Jerome Glazer in support of motion for appointment as lead plaintiff and approval of selection of lead counsel;

EXHIBIT E:	Berger Montague PC firm resume;

EXHIBIT F:	The Schall Law Firm resume; and

EXHIBIT G:	Kendall Law Group, PLLC firm resume.

Pursuant to 28 U.S.C. § 1746, we declare signed under penalty of perjury of the United States of America that the foregoing is true and correct. Executed this 14th day of November 2025.

*/s/ Joe Kendall*
JOE KENDALL

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                    */s/ Joe Kendall*
                                    Joe Kendall