# EXHIBIT B

Back to the Newsroom

   



# Pomerantz Law Firm Announces the Filing of a Class Action Against Fluor Corporation and Certain Officers - FLR

Monday, 15 September 2025 06:30 PM

Topic: **Class Action**

**NEW YORK, NY /** [**ACCESS Newswire**](#) **/ September 15, 2025 /** Pomerantz LLP announces that a class action lawsuit has been filed against Fluor Corporation ("Fluor" or the "Company") (NYSE:FLR) and certain officers.  The class action, filed in the United States District Court for the Northern District of Texas, Dallas Division, and docketed under 25-cv-02496, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired Fluor securities between February 18, 2025 and July 31, 2025, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are an investor who purchased or otherwise acquired Fluor securities during the Class Period, you have until November 14, 2025, to ask the Court to appoint you as Lead Plaintiff for the class.  A copy of the Complaint can be obtained at www.pomerantzlaw.com.   To discuss this action, contact Danielle Peyton at newaction@pomlaw.com or 646-581-9980(or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

Fluor provides engineering, procurement, and construction ("EPC"), fabrication and modularization, and project management services worldwide. The Company operates through three segments: Urban Solutions, Energy Solutions, and Mission Solutions.

Throughout 2024 and the first quarter of 2025, Fluor's Urban Solutions segment accounted for the largest portion of the Company's revenue and profit. The Urban Solutions segment offers EPC and project management services to the advanced technologies and manufacturing, life sciences, mining and metals, and infrastructure industries, as well as provides professional staffing services. The Company's infrastructure projects in this segment include work on, *inter alia*, the Gordie Howe International Bridge ("Gordie Howe"), as well as the Interstate 365 Lyndon B. Johnson ("I-635/LBJ") and Interstate 35E ("I-35") highways in Texas.

In February 2025, Fluor provided financial guidance for the full year ("FY") of 2025, including adjusted EBITDA of $575 million to $675 million and adjusted earnings per share ("EPS") of $2.25 per share to $2.75 per share. Defendants reaffirmed the foregoing financial guidance in May 2025, notwithstanding their acknowledgement of the potential negative impacts of ongoing economic uncertainty on Fluor's business resulting from trade tensions and other market conditions. Contemporaneously, Defendants touted, *inter alia*, the purported health and stability of Fluor's and its customers' operations and the strength of the Company's risk mitigation strategy, both for itself and its clients.

The Complaint alleges that, throughout the Class Period, Defendants made materially false and misleading statements regarding Fluor's business, operations, and prospects. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) costs associated with the Gordie Howe, I-635/LBJ, and I-35 projects were growing because of, *inter alia*, subcontractor design errors, price increases, and scheduling delays; (ii) the foregoing, as well as customer reduction in capital spending and client hesitation around economic uncertainty, was having, or was likely to have, a significant negative impact on the Company's business and financial results; (iv) accordingly, Fluor's financial guidance for FY 2025 was unreliable and/or unrealistic, th

effectiveness of the Company's risk mitigation strategy was overstated, and the impact of economic uncertainty on the Company's business and financial results was understated; and (v) as a result, Defendants' public statements were materially false and misleading at all relevant times.

On August 1, 2025, Fluor issued a press release reporting its financial results for the second quarter ("Q2") of 2025. Among other results, the press release reported Q2 non-GAAP EPS of $0.43, missing consensus estimates by $0.13, and revenue of $3.98 billion representing a 5.9% year-over-year decline and missing consensus estimates by $570 million. Defendants blamed these disappointing results on, *inter alia*, growing costs in multiple infrastructure projects due to subcontractor design errors, price increases, and scheduling delays, as well as reduced capital spending by customers. The same press release also provided a negatively revised financial outlook for FY 2025, guiding to adjusted EBITDA of $475 million to $525 million, down significantly from Defendants' prior guidance of $575 million to $675 million, and adjusted EPS of $1.95 per share to $2.15 per share, down significantly from Defendants' prior guidance of $2.25 per share $2.75 per share, citing "client hesitation around economic uncertainty and its impact c new awards and project delays and results for the quarter[.]"

The same day, Fluor hosted a conference call with investors and analysts to discuss the Company's Q2 2025 financial results. During that call, the Company's Chief Executive Officer, Defendant James R. Breuer, disclosed that the infrastructure projects that had negatively impacted Fluor's Q2 2025 results were the Gordie Howe, I-635/LBJ, and I-35 projects.

Following the foregoing disclosures, Fluor's stock price fell $15.35 per share, or 27.04%, close at $41.42 per share on August 1, 2025.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billions of dollars in damages awards o behalf of class members. See www.pomlaw.com.

Attorney advertising.  Prior results do not guarantee similar outcomes.

**SOURCE:** Pomerantz LLP