# EXHIBIT D

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SABATINO MAGLIONE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLUOR CORPORATION, DAVID E. CONSTABLE, JAMES R. BREUER, JOHN C. REGAN, and JOSEPH L. BRENNAN,<br><br>Defendants. | Case No. 3:25-cv-02496 |

DECLARATION OF JEROME GLAZER
IN SUPPORT OF MOTION FOR APPOINTMENT
AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL

I, Jerome Glazer, pursuant to 28 U.S.C. §1746, declare as follows:

1.      I respectfully submit this declaration in support of my motion for appointment as lead plaintiff in the securities class action litigation against Fluor Corporation ("Fluor" or the "Company") and certain of the Company's executive officers and directors. I have personal knowledge of the facts set forth below relating to my activities, actions, and beliefs, and would testify competently thereto.

2.      I suffered substantial losses as a result of my transactions in Fluor securities from February 18, 2025 through and including July 31, 2025 (the "Class Period"), and I am motivated to obtain the best possible result for myself and the class.  I have a Master of Business Administration from the Wharton School and  a bachelor's degree in chemical engineering from Georgia Tech. Presently, I am a retired chemical engineer.  I understand the responsibilities and obligations of serving as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), which include acting as a fiduciary for all class members, staying informed

-1-

Docusign Envelope ID: 67015D3B-780E-4CA1-879F-4C90CB361C81

about this litigation, and selecting and overseeing lead counsel. I am willing to serve in this capacity on behalf of the other Fluor investors harmed by defendants' alleged misconduct, and I am willing to oversee the vigorous prosecution of this litigation in order to maximize the recovery for the class.

3.      I am familiar with the facts and circumstances concerning the pending class action lawsuit involving Fluor. After reviewing information concerning this lawsuit, I contacted The Schall Law Firm. Prior to the filing of my motion, I had multiple discussions with my attorneys *via* telephone and email regarding the litigation against Fluor, the possibility of serving as a lead plaintiff on behalf of other Fluor investors, and the duties and responsibilities that I would assume if appointed as lead plaintiff under the PSLRA. To reiterate, I sought out counsel to represent me and the class in this lawsuit.

4.      As an investor who suffered substantial losses in Fluor securities during the Class Period by purchasing Fluor common stock, I believe it is in the best interest of all class members that I serve as lead plaintiff in this case, as I have the incentive, ability, and desire to control the litigation and maximize the recovery for the class.

5.      I understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members. As indicated above, I am aware of the requirements and responsibilities of being lead plaintiff in a securities class action, including interacting with and directing counsel, reviewing and commenting on important documents in the case, attending important court hearings and trial as necessary, participating in discovery, overseeing settlement discussions, and authorizing any potential settlement on behalf of the class. I am willing to undertake these responsibilities on behalf of the class.

6.      In addition, I understand that, as lead plaintiff, it is my responsibility to select counsel for the class. I took this responsibility extremely seriously and before selecting Berger Montague and The Schall Law Firm as proposed co-lead counsel based on the firms' extensive securities litigation experience and the firms' recovery of billions of dollars on behalf of

Docusign Envelope ID: 67015D3B-780E-4CA1-879F-4C90CB361C81

-3-

defrauded investors in complex securities cases like this. I have instructed counsel to conduct the litigation in an efficient manner, and to provide regular updates as frequently as necessary.

7.    I understand that I am under no obligation to seek appointment as lead plaintiff (individually or as a group) or to propose the appointment of Berger Montague and The Schall Law Firm as co-lead counsel. I understand that I am free to select and propose any qualified counsel to serve as lead counsel. I am also aware that multiple firms have issued press releases alerting investors to the lead plaintiff deadline in this litigation.

8.    I hereby reaffirm that I am committed to satisfying the fiduciary obligations that I will assume if appointed lead plaintiff. I will ensure that the Fluor securities litigation will be vigorously prosecuted consistent with a lead plaintiff's obligations under the PSLRA and in the best interests of the class, and I will seek to obtain the greatest possible recovery for the class.

-4-

I, Jerome Glazer, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on ___11/11/2025___.

DocuSigned by:

*Jerome Glazer*

6F767094BAA64CD...

Jerome Glazer