UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SABATINO MAGLIONE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FLUOR CORPORATION, DAVID E. CONSTABLE, JAMES R. BREUER, JOHN C. REGAN, and JOSEPH L. BRENNAN,<br><br>Defendants. | Civil Action No. 3:25-cv-02496-N |

MOTION OF SABATINO MAGLIONE FOR APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF SELECTION OF COUNSEL

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Sabatino Maglione ("Maglione"), by and through his counsel, will and does hereby move this Court pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order: (1) appointing Maglione as Lead Plaintiff on behalf of a class (the "Class") consisting of all persons and entities other than the above-captioned defendants that purchased or otherwise acquired Fluor Corporation securities between February 18, 2025 and July 31, 2025, both dates inclusive; and (2) approving proposed Lead Plaintiff's selection of Pomerantz LLP and Holzer & Holzer, LLC as Co-Lead Counsel and The Briscoe Law Firm, PLLC as Liaison Counsel for the Class.

### CERTIFICATE OF CONFERENCE PURSUANT TO LOCAL CIVIL RULE 7.1(b)

Pursuant to Local Civil Rule 7.1(b), counsel for Maglione state that they could not confer with counsel for each party affected by the requested relief to determine whether the instant motion is opposed.  Pursuant to the PSLRA, the deadline to file a motion for appointment as Lead Plaintiff in the above-captioned action is November 14, 2025, on which date any member of the putative Class may so move.  *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II).  Maglione will thus not know the identities of the other putative Class members who intend to file competing motions for Lead Plaintiff appointment until November 15, 2025—the day after the statutory deadline—making conferral with opposing parties prior to the filing of Maglione's motion papers impracticable. Under these circumstances, Maglione respectfully requests that compliance with Local Civil Rule 7.1(a) be waived in this narrow instance.  Alternatively, Maglione respectfully submits that the 60-day PSLRA deadline falls within the exception provided for in Local Civil Rule 7.1(a), which states, in relevant part, that "[c]onferences are not required for motions . . . when a conference is not possible."

1

Dated:  November 14, 2025

Respectfully submitted,

*/s/ Willie C. Briscoe*
WILLIE C. BRISCOE
State Bar Number 24001788
THE BRISCOE LAW FIRM, PLLC
5473 Blair Road, Suite 200
Dallas, Texas 75231
Telephone: (972) 521-6868
Facsimile: (281) 254-7789
wbriscoe@thebriscoelawfirm.com

*Counsel for Plaintiff Sabatino Maglione and
Proposed Liaison Counsel for the Class*

POMERANTZ LLP
Jeremy A. Lieberman
J. Alexander Hood II*
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

HOLZER & HOLZER, LLC
Corey D. Holzer*
211 Perimeter Center Parkway
Suite 1010
Atlanta, Georgia 30346
Telephone: (770) 392-0090
Facsimile: (770) 392-0029
cholzer@holzerlaw.com

*Counsel for Plaintiff Sabatino Maglione and
Proposed Co-Lead Counsel for the Class*

*\*Pro hac vice applications forthcoming*

2

**CERTIFICATE OF SERVICE**

This is to certify that on November 14, 2025, I have caused to be filed the above and foregoing on the Court's CM/ECF electronic filing system, and that by virtue of this filing, all attorneys of record will be served electronically with true and exact copies of this filing.

/s/ Willie C. Briscoe
Willie C. Briscoe

3