UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SABATINO MAGLIONE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FLUOR CORPORATION, DAVID E. CONSTABLE, JAMES R. BREUER, JOHN C. REGAN, and JOSEPH L. BRENNAN,<br><br>Defendants. | Civil Action No. 3:25-cv-02496-N |

APPENDIX OF EXHIBITS IN SUPPORT OF MOTION OF SABATINO MAGLIONE FOR
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

Attached hereto are true and correct copies of the following exhibits:

| Exhibit | Description | Pages |
|---|---|---|
| A | Chart setting forth Sabatino Maglione's financial interest in the above-captioned action | 1-2 |
| B | Press release published via *ACCESS Newswire* on September 15, 2025, announcing the pendency of the above-captioned action | 3-6 |
| C | Declaration executed by Sabatino Maglione | 7-11 |
| D | Firm resume of Pomerantz LLP | 12-73 |
| E | Firm resume of Holzer & Holzer, LLC | 74-82 |
| F | Firm resume of The Briscoe Law Firm, PLLC | 83-87 |

Dated:  November 14, 2025

Respectfully submitted,

*/s/ Willie C. Briscoe*
WILLIE C. BRISCOE
State Bar Number 24001788
THE BRISCOE LAW FIRM, PLLC
5473 Blair Road, Suite 200
Dallas, Texas 75231
Telephone: (972) 521-6868
Facsimile: (281) 254-7789
wbriscoe@thebriscoelawfirm.com

*Counsel for Plaintiff Sabatino Maglione and Proposed Liaison Counsel for the Class*

POMERANTZ LLP
Jeremy A. Lieberman
J. Alexander Hood II*
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

HOLZER & HOLZER, LLC
Corey D. Holzer*
211 Perimeter Center Parkway

Suite 1010
Atlanta, Georgia 30346
Telephone: (770) 392-0090
Facsimile: (770) 392-0029
cholzer@holzerlaw.com

*Counsel for Plaintiff Sabatino Maglione and
Proposed Co-Lead Counsel for the Class*

*\*Pro hac vice applications forthcoming*