**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| SABATINO MAGLIONE, Individually and on Behalf of All Others Similarly Situated, <br><br> *Plaintiff*, <br><br> v. <br><br> FLUOR CORPORATION, DAVID E. CONSTABLE, JAMES R. BREUER, JOHN C. REGAN, and JOSEPH L. BRENNAN, <br><br> *Defendants*, | **Case No. 3:25-cv-2496** |

**AGREED ORDER GRANTING AGREED MOTION**
**REGARDING CASE MANAGEMENT SCHEDULE**

Before the Court is the *Agreed Motion Regarding Case Management Schedule* filed by Plaintiff Sabatino Maglione ("Plaintiff") and Defendants Fluor Corporation, David E. Constable, James R. Breuer, John C. Regan, and Joseph L. Brennan (collectively "Defendants" and together with Plaintiff, the "Parties"). After considering all papers, arguments of counsel, and all other matters presented to the Court in connection herewith, and having given due consideration to this matter,

**IT IS HEREBY ORDERED THAT**

1. Defendants shall be deemed to have accepted service of the summons and complaint ("Complaint") in the above-captioned action; and

2. Defendants need not respond to the Complaint, and, instead, counsel for the Court-appointed lead plaintiff and Defendants shall meet and confer within fourteen days of the Court's appointment of a lead plaintiff and lead counsel regarding a proposed schedule for further pleadings in this matter.

2

Signed November 24, 2025.

_____
David C. Godbey
Senior United States District Judge

3

Dated: November 12, 2025

THE BRISCOE LAW FIRM, PLLC

/s/ *Willie C. Briscoe*
Willie C. Briscoe
State Bar Number 24001788
5473 Blair Rd., Suite 200
Dallas, Texas 75231
Telephone: (972) 521-6868
Facsimile: (281) 254-7789
wbriscoe@thebriscoelawfirm.com

POMERANTZ LLP
Jeremy A. Lieberman
J. Alexander Hood II*
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-10044
jalieberman@pomlaw.com
ahood@pomlaw.com

HOLZER & HOLZER, LLC
Corey D. Holzer*
211 Perimeter Center Parkway
Suite 1010
Atlanta, Georgia 30346
Telephone: (770) 392-0090
Facsimile: (770) 392-0029
cholzer@holzerlaw.com

*Attorneys for Plaintiff*

*\*Pro hac vice applications forthcoming*

Respectfully submitted,

/s/ *Michael L. Raiff*
Michael L. Raiff
State Bar Number 00784803
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Ave., Suite 2100
Dallas, TX 75201-2923
Telephone: (214) 698-3350
mraiff@gibsondunn.com

Lissa M. Percopo*
GIBSON DUNN & CRUTCHER LLP
1700 M Street, N. W.
Washington, D.C. 20036-4504
lpercopo@gibsondunn.com
Telephone: (202) 887-3770

*Attorneys for Defendants*

*\*Pro hac vice application forthcoming*

4