UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SABATINO MAGLIONE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FLUOR CORPORATION, DAVID E. CONSTABLE, JAMES R. BREUER, JOHN C. REGAN, and JOSEPH L. BRENNAN,<br><br>Defendants. | Civil Action No. 3:25-cv-02496-N |

NOTICE OF NON-OPPOSITION OF SABATINO MAGLIONE TO COMPETING MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

On November 14, 2025, Sabatino Maglione ("Maglione") filed a motion pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u–4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (1) appointing Maglione as Lead Plaintiff on behalf of a class (the "Class") consisting of all persons and entities other than the above-captioned defendants that purchased or otherwise acquired Fluor Corporation securities between February 18, 2025 and July 31, 2025, both dates inclusive; and (2) approving proposed Lead Plaintiff's selection of Pomerantz LLP and Holzer & Holzer, LLC as Co-Lead Counsel and The Briscoe Law Firm, PLLC as Liaison Counsel for the Class.  Dkt. No. 10.

Having reviewed the competing motion before the Court, it appears that Maglione does not have the "largest financial interest" in this litigation within the meaning of the PSLRA.  This notice of non-opposition shall have no impact on Maglione's membership in the proposed Class or his right to share in any recovery obtained for the benefit of Class members.

Dated:  December 5, 2025

Respectfully submitted,

POMERANTZ LLP

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
Bar Number: 4161352NY
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

HOLZER & HOLZER, LLC
Corey D. Holzer
211 Perimeter Center Parkway
Suite 1010

1

Atlanta, Georgia 30346
Telephone: (770) 392-0090
Facsimile: (770) 392-0029
cholzer@holzerlaw.com

THE BRISCOE LAW FIRM, PLLC
Willie C. Briscoe
5473 Blair Road, Suite 200
Dallas, Texas 75231
Telephone: (972) 521-6868
Facsimile: (281) 254-7789
wbriscoe@thebriscoelawfirm.com

*Counsel for Plaintiff Sabatino Maglione*

2

## CERTIFICATE OF SERVICE

This is to certify that on December 5, 2025, I have caused to be filed the above and foregoing on the Court's CM/ECF electronic filing system, and that by virtue of this filing, all attorneys of record will be served electronically with true and exact copies of this filing.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

3