UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SABATINO MAGLIONE, Individually and on behalf of all others similarly situated, | Case No. 3:25-cv-02496-N |
| Plaintiff, | |
| v. | |
| FLUOR CORPORATION, DAVID E. CONSTABLE, JAMES R. BREUER, JOHN C. REGAN, and JOSEPH L. BRENNAN, | |
| Defendants. | |

**MOVANT JEROME GLAZER'S REPLY IN FURTHER SUPPORT
OF UNOPPOSED MOTION FOR APPOINTMENT OF LEAD PLAINTIFF
AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL**

Lead Plaintiff Movant Jerome Glazer ("Movant" or "Glazer") respectfully submits this reply in further support of his unopposed motion to be appointed Lead Plaintiff for the proposed Class and for approval of his selection of Berger Montague PC and The Schall Law Firm as Co-Lead Counsel for the Class, along with Kendall Law Group, PLLC as Local Counsel (Dkt. No. 8) (the "Motion").

On November 14, 2025, Movant Glazer timely filed his lead plaintiff Motion claiming a loss of $26,415 on a LIFO basis in his Class Period investment in Fluor Corporation. As noted in Movant Glazer's response brief filed on December 5, 2025 (Dkt. No. 13), Sabatino Maglione, who filed the only other lead plaintiff motion and who claimed in that motion a loss of only $5,770 on a LIFO basis (Dkt. No. 10), subsequently filed a Notice indicating that he does not oppose Movant Glazer's Motion (Dkt. No. 12). Movant Glazer's Motion is thus now unopposed.

1

Movant Glazer has, by far, the largest financial interest in this litigation. Further, as there is no other Class member opposing the Motion, no proof has been offered – as none exists – to rebut the presumption in favor of Movant Glazer. For the foregoing reasons, as well as those set forth in his Motion and Response, Movant Glazer respectfully requests that the Court grant his Motion and enter an Order: (1) appointing Movant as Lead Plaintiff for the members of the proposed Class; (2) approving Lead Plaintiff's selection of Berger Montague PC and The Schall Law Firm as Co-Lead Counsel and Kendall Law Group, PLLC as Local Counsel for the Class; and (3) granting such other relief as the Court may deem to be just and proper.

DATED:  December 19, 2025                     Respectfully submitted,


                                             /s/ Joe Kendall
                                             JOE KENDALL
                                             Texas Bar No. 11260700
                                             **KENDALL LAW GROUP, PLLC**
                                             3811 Turtle Creek Blvd., Suite 825
                                             Dallas, Texas 75219
                                             Tel:  (214) 744-3000
                                             Fax: (214) 744-3015
                                             jkendall@kendalllawgroup.com

                                             *Local Counsel for Movant and Proposed Local*
                                             *Counsel for the Class*

                                             **BERGER MONTAGUE PC**
                                             Michael Dell'Angelo *pro hac vice forthcoming*
                                             Andrew Abramowitz *pro hac vice forthcoming*
                                             1818 Market Street, Suite 3600
                                             Philadelphia, Pa 19103
                                             Tel: (215) 875-3000
                                             mdellangelo@bergermontague.com
                                             aabramowitz@bergermontague.com

                                             **THE SCHALL LAW FIRM**
                                             Brian Schall *pro hac vice forthcoming*
                                             Andrew Brown *pro hac vice forthcoming*
                                             William M. Brody*, pro hac vice forthcoming*
                                             Adam Rosen *pro hac vice forthcoming*
                                             2049 Century Park East, Suite 2460
                                             Los Angeles, CA 90067
                                             Tel: (310) 301-3335
                                             Fax: (213) 519-5876
                                             brian@schallfirm.com
                                             andrew@schallfirm.com
                                             wbrody@schallfirm.com
                                             adam@schallfirm.com

                                             *Attorneys for Movant and Proposed Co-Lead*
                                             *Counsel for the Class*

                                             3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 19, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Joe Kendall*
JOE KENDALL
