**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| SABATINO MAGLIONE, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>FLUOR CORPORATION, DAVID E. CONSTABLE, JAMES R. BREUER, JOHN C. REGAN, and JOSEPH L. BRENNAN,<br><br>        Defendants. | Case No. 3:25-cv-02496-N |

**ORDER APPOINTING LEAD PLAINTIFF**
**AND APPROVING SELECTION OF LEAD COUNSEL**

Having considered the Motion of Jerome Glazer for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel (the "Motion"), IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED.

2.      All securities class actions on behalf of purchasers of the securities of Fluor Corporation ("Fluor") subsequently filed in or transferred to this District will be consolidated into this action. This Order will apply to every such action absent an order of the Court. A party objecting to such consolidation or to any other provisions of this Order must file an application for relief from this Order within ten days after the action is consolidated into this action.

3.      This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

4.      Movant Jerome Glazer is appointed as Lead Plaintiff for the class pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii) on behalf of the members of the proposed Class who purchased Fluor securities.

5.      Berger Montague PC and The Schall Law Firm are appointed as Co-Lead Counsel for the Class, and the law firm of Kendall Law Group, PLLC is appointed Local Counsel on behalf of the members of the proposed Class consisting of all purchasers of Fluor securities. Co-Lead Counsel will have the following responsibilities and duties on behalf of Lead Plaintiff and the proposed Class:

(a)      the briefing and argument of any and all motions;

(b)      the conduct of any and all discovery proceedings, including, without limitation, depositions;

(c)      the selection of counsel to act as spokesperson at all pretrial conferences;

(d)      the organization of meetings of Plaintiffs' counsel as they deem necessary and appropriate from time to time;

(e)      settlement negotiations with counsel for Defendants;

(f)      the pretrial discovery proceedings, the preparation for trial, the trial of this matter, and delegation of work responsibilities to selected counsel as may be required;

(g)      the preparation and filing of all pleadings; and

(h)      the supervision of all other matters concerning the prosecution or resolution of the consolidated action.

Signed January 9, 2026.

_____
David C. Godbey
Senior United States District Judge

2