**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| SABATINO MAGLIONE, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>     v.<br><br>FLUOR CORPORATION, DAVID E. CONSTABLE, JAMES R. BREUER, JOHN C. REGAN, and JOSEPH L. BRENNAN,<br><br>     Defendants. | Case No. 3:25-cv-02496-N |

**JOINT MOTION FOR ENTRY OF ORDER SETTING SCHEDULE
FOR FILING OF AMENDED COMPLAINT AND MOTIONS TO DISMISS**

Lead Plaintiff Jerome Glazer ("Lead Plaintiff" or "Glazer") and Defendants Fluor Corporation, David E. Constable, James R. Breuer, John C. Regan, and Joseph L. Brennan (collectively, "Defendants" and together with Lead Plaintiff, "the Parties"), by and through their respective undersigned counsel, pursuant to this Court's Order dated November 24, 2025, hereby move this Court for entry of an Order setting a schedule as follows:

1.     On September 15, 2025, the above-captioned plaintiff initiated this action by filing the Class Action Complaint. (ECF No. 1.)

2.     On November 14, 2025, pursuant to the Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Lead Plaintiff filed a Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel (the "Motion"). (ECF Nos. 8-9.)

3.    On November 24, 2025, this Court Ordered that, *inter alia*, "counsel for the Court-appointed lead plaintiff and Defendants shall meet and confer within fourteen days of the Court's appointment of a lead plaintiff and lead counsel regarding a proposed schedule for further pleadings in this matter." (ECF No. 11)

4.    On January 9, 2026, this Court issued an Order appointing Glazer as Lead Plaintiff, and appointing Berger Montague PC and The Schall Law Firm as Co-Lead Counsel and Kendall Law Group, PLLC as Local Counsel on behalf of the members of the proposed Class consisting of purchasers of the securities of Fluor Corporation.

5.    The Parties, having met and conferred, respectfully request that the Court enter an Order setting a schedule as follows:

A.  Lead Plaintiff will file an amended complaint no later than sixty (60) days after the Court's entry of an Order setting a schedule;

B.  Defendants shall move to dismiss, or otherwise answer, the amended complaint no later than sixty (60) days after the filing of the amended complaint;

C.  Lead Plaintiff will oppose any motion to dismiss no later than forty-five (45) days after the filing of such motion to dismiss; and

D.  Defendants shall file a reply in further support of any motion to dismiss no later than thirty (30) days after the filing of the opposition to a motion to dismiss.

Dated: January 23, 2026

Respectfully submitted,

/s/ Michael L. Raiff

Michael L. Raiff
State Bar Number 00784803
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Ave., Suite 2100
Dallas, TX 75201-2923
Telephone: (214) 698-3350
mraiff@gibsondunn.com

Lissa M. Percopo*
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N. W.
Washington, D.C. 20036-4504
Telephone: (202) 887-3770
lpercopo@gibsondunn.com

**Attorneys for Defendants**

*Pro hac vice application forthcoming*

/s/ Joe Kendall

Joe Kendall
Texas Bar No. 11260700
KENDALL LAW GROUP, PLLC
3811 Turtle Creek Blvd., Suite 825
Dallas, Texas 75219
Tel: (214) 744-3000
Fax: (214) 744-3015
jkendall@kendalllawgroup.com

**Local Counsel for Lead Plaintiff and the Proposed Class**

BERGER MONTAGUE PC
Michael Dell'Angelo, *pro hac vice forthcoming*
Andrew Abramowitz, *pro hac vice forthcoming*
Alex Heller, *pro hac vice forthcoming*
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
mdellangelo@bergermontague.com
aabramowitz@bergermontague.com
aheller@bergermontague.com

THE SCHALL LAW FIRM
Brian Schall
Andrew Brown
William M. Brody
Adam Rosen
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Tel: (310) 301-3335
Fax: (213) 519-5876
brian@schallfirm.com
andrew@schallfirm.com
wbrody@schallfirm.com
adam@schallfirm.com

**Co-Lead Counsel for Lead Plaintiff and the Proposed Class**

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2026, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Joe Kendall*
JOE KENDALL