**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| SABATINO MAGLIONE, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>FLUOR CORPORATION, DAVID E. CONSTABLE, JAMES R. BREUER, JOHN C. REGAN, and JOSEPH L. BRENNAN,<br><br>    Defendants. | Case No. 3:25-cv-02496-N |

**[PROPOSED] ORDER SETTING SCHEDULE FOR**
**FILING OF AMENDED COMPLAINT AND MOTIONS TO DISMISS**

Having considered the Joint Motion for Entry of Order Setting Schedule for Filing of Amended Complaint and Motions to Dismiss, IT IS HEREBY ORDERED this _____ day of _____ that:

1.    Lead Plaintiff will file an amended complaint no later than sixty (60) days after the Court's entry of this Order;

2.    Defendants shall move to dismiss, or otherwise answer, the amended complaint no later than sixty (60) days after the filing of the amended complaint;

3.    Lead Plaintiff will oppose any motion to dismiss no later than forty-five (45) days after the filing of such motion to dismiss; and

4.    Defendants shall file a reply in further support of any motion to dismiss no later than thirty (30) days after the filing of the opposition to a motion to dismiss.

1

**SO ORDERED.**

Dated:  January ____, 2026

_____
David C. Godbey
Senior United States District Judge